469 F.Supp. 693 (1979)
Peggy J. CONNOR et al., Plaintiffs,
and
United States of America, Plaintiff-Intervenor,
v.
Cliff FINCH et al., Defendants.
Civ. A. No. 3830(A).
United States District Court, S. D. Mississippi, Jackson Division.
April 13, 1979.
Frank R. Parker, Jackson, Miss., for plaintiffs.
Gerald W. Jones, U. S. Dept. of Justice, Washington, D. C., for plaintiff-intervenor.
A. F. Summer, Atty. Gen., Jackson, Miss., for defendants.
*694 Before COLEMAN, Circuit Judge, and RUSSELL and COX, District Judges.
PER CURUIM:

FINAL JUDGMENT REAPPORTIONING THE MISSISSIPPI LEGISLATURE
Plaintiffs, black citizens of the United States and residents and registered voters of the State of Mississippi qualified to vote in state legislative elections, having filed this action as a class action on behalf of all others similarly situated, and this action having proceeded as a class action on behalf of the class defined as all black citizens and registered voters of the State of Mississippi qualified to vote in state legislative elections, and plaintiffs having filed their Amended Complaint herein on April 15, 1975, and defendants having filed their answer on April 21, 1975, and the United States having been granted leave to intervene on June 11, 1975, and in conformity with the mandate of the United States Supreme Court in Connor v. Finch, 431 U.S. 407, 97 S.Ct. 1828, 52 L.Ed.2d 465 (1977), this action having gone to trial on November 21 and 22, 1977, and trial having been completed on February 14, 1978, and the parties having waived findings of fact and conclusions of law, and the Court finding that the districts provided herein meet the requirements of a court-ordered legislative reapportionment plan and that the entry of this plan in compliance with the mandate of the United States Supreme Court, dated March 26, 1979, would serve the ends of justice, it is
ORDERED, ADJUDGED, and DECREED that the defendants Cliff Finch, Governor of Mississippi, A. F. Summer, Attorney General of Mississippi, Heber Ladner, Secretary of State of the State of Mississippi, being the Election Commissioners of the State of Mississippi, their officers, agents, servants, employees, attorneys, successors in office and all persons in active concert and participation with them, are hereby permanently enjoined as follows:
1. The following state legislative districts for the Mississippi Senate and House of Representatives are hereby ordered into full force and effect for the 1979 regular state legislative elections and thereafter unless and until altered according to law:

 THE MISSISSIPPI STATE SENATE
 Percent Percent
Dist. Percent Black Black
No. Description Population Variance Pop. VAP
 1 DESOTO COUNTY:
 TUNICA COUNTY:
 Precincts 1, 2,
 3, 4, 5, 7, and
 9 43,800 2.73% 41.68% 36.21%
 2 THE COUNTIES OF
 MARSHALL and
 TATE 42,571 -0.14% 55.55% 48.39%
 3 THE COUNTIES OF
 BENTON, PONTOTOC,
 and UNION 43,964 3.12% 20.90% 16.76%
 4 THE COUNTIES OF
 ALCORN and TIPPAH 43,031 0.93% 13.42% 11.50%

*695
 5 PRENTISS COUNTY:
 TISHOMINGO COUNTY:
 ITAWAMBA COUNTY:
 Precincts in Beat
 1 and 5; the Precincts
 of Oakland,
 Tremont and Wigginton 42,615 -0.00% 7.64% 6.34%
 6 MONROE COUNTY:
 ITAWAMBA COUNTY:
 Precincts in
 Beats 2 and 3;
 the Precincts of
 Hampton, Fulton IV,
 James Creek, New
 Salem, Turon and
 Tilden 43,348 +1.68% 26.56% 22.50%
 7 LEE COUNTY:
 Except the Precincts
 of Palmetto, Old
 Union, Pleasant
 Grove, Brewer and
 Shannon 41,679 -2.24% 19.22% 16.96%
 8 CHICKASAW COUNTY:
 CALHOUN COUNTY:
 Except the Precincts
 of Pittsboro, Reid,
 East Bruce, Pitts,
 Sarepta, Banner,
 Ellard, Herron,
 Reynolds and West
 Bruce
 CLAY COUNTY:
 Except the Precincts
 of Cedar Bluff, South
 West Point, East West
 Point, Tibbee, Union
 Star and Vinton
 LEE COUNTY:
 The Precincts of
 Palmetto, Old Union,
 Pleasant Grove, Brewer,
 and Shannon 41,662 -2.28% 39.50% 33.61%
 9 LAFAYETTE COUNTY:
 CALHOUN COUNTY:
 The Precincts of
 Pittsboro, Reid,
 East Bruce, Sarepta,
 Ellard, Reynolds, West
 Bruce, Banner, and
 Herron
 YALOBUSHA COUNTY:
 Except the Precincts
 of Oakland,
 Scobey, and Tillatoba 40,727 -4.47% 29.73% 23.15%

*696
 10 THE COUNTIES OF
 GRENADA and
 TALLAHATCHIE and
 the following
 Precincts in
 YALOBUSHA COUNTY:
 Scobey, Tillatoba,
 and Oakland 41,248 -3.24% 51.93% 44.24%
 11 THE COUNTIES OF
 PANOLA and QUITMAN 42,717 0.19% 53.54% 46.34%
 12 COAHOMA COUNTY:
 TUNICA COUNTY:
 Precincts 6,8, and
 10 44,386 4.11% 65.29% 59.17%
 13 BOLIVAR COUNTY:
 Except the Precincts
 of Duncan-Alligator
 and Shelby 43,253 1.45% 59.54% 51.04%
 14 WASHINGTON COUNTY:
 The Precincts of
 Extension Building,
 Episcopal Church,
 American Legion,
 Brent Center,
 Police Station,
 Leland City Hall,
 Leland Community
 Center, Industrial
 College, and Brown
 Community Center 41,199 -3.36% 61.95%
 15 SUNFLOWER COUNTY:
 BOLIVAR COUNTY:
 The Precincts of
 Duncan-Alligator and
 Shelby 43,203 1.33% 64.45% 56.79%
 16 LEFLORE COUNTY 42,111 -1.22% 57.88% 51.79%
 17 THE COUNTIES OF
 CARROLL, CHOCTAW,
 MONTGOMERY, and
 WEBSTER, plus the
 following area in
 ATTALA COUNTY:
 Beat 2 and the Precincts
 of Carmack, Salem,
 and Hesterville 43,225 1.38% 36.69% 30.26%

*697
 18 OKTIBBEHA COUNTY:
 CLAY COUNTY:
 The Precincts of
 Cedar Bluff, South
 West Point, East West
 Point, Tibbee, Union
 Star, and Vinton
 LOWNDES COUNTY:
 Air Base Precinct 41,763 -2.04% 32.20% 26.14%
 19 LOWNDES COUNTY:
 Except Air Base
 Precinct 43,077 1.04% 36.00% 30.90%
 20 KEMPER COUNTY:
 The following areas
 in LAUDERDALE COUNTY:
 the Precincts of
 Meridian 2C, 4C, 4D,
 and 5B, Lauderdale,
 East Lauderdale,
 Dalewood, Kewanee,
 Toomsuba, Russell,
 Bonita, Odom, Vimville,
 Alamucha,
 Whynot, Long Creek,
 Chapman, Center
 Grove, Causeyville,
 Zero, East Gap, and
 that area without the
 corporate limits of
 Meridian lying West of
 Highway 45, South of
 the South Marion Precinct
 and North of the
 East Gap Precinct
 NOXUBEE COUNTY:
 Except the Precincts
 of Mashulaville,
 Hashuqua, Brooksville,
 Summerville, and
 Deerbrook 43,864 2.89% 56.08%
 21 THE COUNTIES OF
 NESHOBA and WINSTON:
 NOXUBEE COUNTY:
 The Precincts of
 Brooksville, Mashulaville,
 Hashuqua,
 Summerville, and
 Deerbrook 43,866 2.89% 35.38%
 22 LEAKE COUNTY:
 ATTALA COUNTY:
 Except Beat 2 and
 the Precincts of
 Salem, Carmack, and
 Hesterville
 MADISON COUNTY:
 Beats 4 and 5, and
 Canton Precincts
 1 and 4 43,371 1.73% 28.87%

*698
 23 THE COUNTIES OF
 HOLMES and HUMPHREYS:
 YAZOO COUNTY: Beat
 4, and Deasonville
 Precinct 41,605 -2.41% 67.11% 59.86%
 24 THE COUNTIES OF
 ISSAQUENA and SHARKEY:
 WASHINGTON COUNTY:
 The Precincts of
 Wayside, Glen Allan,
 Ward's Center, Avon,
 Arcola, Italian Club,
 County Garage, Darlove,
 Bourbon, County Recreation
 Center, and
 Hollandale 41,056 -3.70% 49.75%
 25 WARREN COUNTY: 44,981 5.50% 40.80% 38.33%
 SENATE DISTRICTS
 CASE # 3830 (A) 
 Percent Percent
Dist. Percent Black Black
No. Description Population Variance Pop. VAP
 26 HINDS COUNTY:
 Precincts 2, 4, 10,
 18, 19, 20, 50, 51,
 52, 53, 54, 55, 56,
 57, 58, 63, 64 and
 66, less and except
 that part of Precinct
 64 south of U.S.
 Highway 80 41,866 -1.80% 72.33%
 27 HINDS COUNTY:
 Precincts 11, 12, 13,
 21, 22, 23, 24, 25,
 26, 27, 28, 29, 30,
 31, 59, 60, 61, 62,
 83, Cynthia, and that
 part of Pinehaven south
 of Northside Drive and
 that part of Pinehaven west
 of the Eastern boundary line
 of Precinct 85 extended to
 the Northern boundary line
 of Pinehaven 43,470 +1.96% 63.91%

*699
 28 HINDS COUNTY:
 Precincts 6, 14, 15,
 16, 17, 32, 33, 34,
 35, 36, 37, 38, 39,
 40, 41, 42, 43, 44,
 45, 78, 79, 80, 81,
 82, Twin Pines, and
 Liberty Grove 44,261 +3.82% 4.32%
 29 HINDS COUNTY:
 Precincts 1, 5, 8, 9,
 47, 49, 67, 68, 69,
 70, 71, 72, 73, 74,
 75, 76, 77, 89, 92,
 93, 94, 95, 96, and
 that part of 64 south
 of U.S. Highway 80
 and that part of Byram
 Precinct north of
 Southern Section line
 of Sections 34 and 35,
 Township 4 north, Range
 1 west 42,380 -0.59% 6.42%
 30 HINDS COUNTY:
 The Precincts of
 Pocahontas, Tinnin,
 Brownsville, Bolton
 Edwards, Cayuga, Utica
 1 and 2, Learned,
 Raymond 1 and 2,
 Clinton 1, 2, 3, and
 4, Pinehaven less and
 except that part of
 Pinehaven described as being
 in Senate District 27,
 Midway, Van Winkle
 1 and 2, Byram, Old
 Byram, Terry, Dry
 Grove, and Chappel
 Hill 42,996 +0.85% 49.71%
 31 MADISON COUNTY:
 Except Beats
 4 and 5, and
 Canton Precincts
 1 and 4
 YAZOO COUNTY:
 Except Beat 4 and
 Deasonville Precinct 44,018 +3.25% 56.03%
 32 RANKIN COUNTY: 43,933 +3.04% 28.12% 26.85%
 33 THE COUNTIES OF
 NEWTON and SCOTT 40,352 -5.35% 30.30% 26.22%

*700
 34 LAUDERDALE COUNTY:
 The Precincts of
 Meridian 1A, 1B, 1C,
 2A, 2B, 3A, 3B, 3C,
 4A, 4B, 5A, 5C, 5D,
 5E, Ponta, Lockhart,
 East Marion, Marion,
 South Marion, Daleville,
 Lizelia, Andrews Chapel,
 Prospect, Covington,
 School Gap, Bailey,
 Obadiah, Shucktown,
 Nelliesburg, Pine
 Springs, Center Hill,
 Martin, Post, Collinsville,
 Schamberville,
 Meehan, Suquelena,
 South Nelliesburg,
 Wanita, Sageville,
 Valley, Pickard,
 Carmichael, Clarksdale,
 Jones Store,
 and West Lauderdale 43,086 1.06% 18.67% 16.11%
 35 THE COUNTIES OF
 CLARKE, JASPER,
 and SMITH 44,604 4.62% 35.19% 29.64%
 36 JONES COUNTY:
 Except the Precincts
 of Blackwell, Centerville,
 Pleasant Ridge,
 Sand Hill, Tuckers,
 County Barn, Crotts,
 Ellisville Courthouse,
 Ovett, Union, Moselle,
 Pendorf, Pine Grove,
 Rainey, South Jones,
 and Shelton 41,713 -2.16% 27.68% 23.79%
 37 COVINGTON COUNTY:
 JEFFERSON DAVIS COUNTY:
 JONES COUNTY: The
 Precincts of Blackwell,
 Centerville, Pleasant
 Ridge, Sand Hill,
 Tuckers, County Barn,
 Crotts, Ellisville
 Courthouse, Ovett,
 Union, Moselle,
 Pendorf, Pine Grove,
 Rainey, South Jones,
 and Shelton 41,582 -2.46% 32.17% 27.66%

*701
38 THE COUNTIES OF
 LAWRENCE and
 SIMPSON:
 COPIAH COUNTY:
 The Precincts of
 Crystal Springs East,
 Crystal Springs West
 (inside Crystal
 Springs), Crystal
 Springs South (inside
 Crystal Springs),
 Hazlehurst (outside
 Hazlehurst), Hazlehurst
 East (outside Hazlehurst),
 Georgetown, Union,
 Wesson, Stronghope, and
 Beauregard 42,046 -1.37% 32.89% 28.27%
39 THE COUNTIES OF
 LAMAR and MARION:
 WALTHALL COUNTY:
 The Precincts of
 Dexter and Improve 40,694 -4.54% 25.28% 21.82%
40 THE COUNTIES OF
 CLAIBORNE, FRANKLIN,
 and JEFFERSON:
 COPIAH COUNTY:
 Except the Precincts
 of Crystal Springs
 East, Crystal Springs
 West (inside Crystal
 Springs), Crystal Springs
 South (inside Crystal
 Springs), Hazlehurst
 East (outside Hazlehurst),
 Hazlehurst
 (outside Hazlehurst) 41,179 -3.41% 63.31% 57.39%
41 ADAMS COUNTY:
 WILKINSON COUNTY:
 The Precincts of
 Fort Adams, Cold
 Springs, Woodville
 4, Woodville 5,
 Woodville 2, and
 Woodville 1 44,038 3.29% 52.12% 48.28%
42 LINCOLN COUNTY:
 PIKE COUNTY:
 Precincts 1/1, 1/2,
 3/11, 3/12, and
 4/18
 WALTHALL COUNTY:
 Except the Precincts
 of Dexter
 and Improve 41,427 -2.82% 35.52% 30.01%

*702
43 AMITE COUNTY:
 PIKE COUNTY:
 Except Precincts
 1/1, 1/2, 3/11,
 3/12, and 4/18
 WILKINSON COUNTY:
 The Precincts of
 Longmires, Macedonia,
 Centreville 1, Coons
 Mill, Centreville 3 44,530 4.44% 45.82% 39.34%
44 FOREST COUNTY: The
 Precincts of Thames,
 Dixie Pines, Central
 School, William
 Carey, Eaton
 School, Walthall
 School, Rowan High
 School, Lillie
 Burney School, Blair
 High School, Woodley
 School, Camp School,
 Hawkins Junior High
 School, East Bowie,
 Jones School, Davis
 School, Grace
 Christian School,
 West Side, and
 Pinecrest 41,109 -3.57% 31.07% 25.95%
45 PERRY COUNTY:
 STONE COUNTY:
 FORREST COUNTY:
 The Precincts of
 Dixie, Glendale,
 Petal High, Petal-Leeville,
 Rawls
 Springs, Eatonville
 School, Macedonia,
 Sunrise, Petal-Harvey,
 Forrest
 County A.H.S.,
 McCallum, McLaurin,
 Brooklyn, Carnes,
 and Maxie
 HARRISON COUNTY:
 The Precincts of
 Riceville, Vidalia,
 Lizana, Advance,
 East Saucier, West
 Saucier, East Lyman,
 West Lyman, West
 Orange Grove, New
 Hope, Poplar Head,
 Peace, Stonewall,
 and White Plains 41,694 +2.20% 15.18% 13.32%
46 THE COUNTIES OF
 GEORGE, GREENE,
 and WAYNE
 JACKSON COUNTY:
 The Precincts of
 Hurley, Wade, and
 Big Point 42,208 -0.99% 21.66% 18.71%

*703
 Percent Percent
Dist. Percent Black Black
No. Description Population Variance Pop. VAP 
47 JACKSON COUNTY:
 The Precincts of
 Moss Point 2,
 Moss Point 3,
 Elder Street,
 St. Martin,
 Gulf Hills,
 Satellite,
 North Fountainbleu,
 North Gautier,
 Latimer, North
 Vancleave, South
 Vancleave, Larue,
 Carterville,
 Helena, East
 Escatawpa, West
 Escatawpa, Ocean
 Springs 1, 2, 3, 4,
 Ocean Springs East,
 and Orange Grove 41,785 -1.98% 14.80% 12.89%
48 JACKSON COUNTY: The
 Precincts of Kreole,
 Moss Point 1, Jefferson
 Street, Eastside,
 Griffin Heights, Moss
 Point 4, South Fountainbleu,
 South Gautier,
 Firestation, Lake
 School, North
 Pascagoula, Pinecrest,
 Jackson
 Avenue, Eastlawn,
 Central Firestation,
 Court House, Ingalls
 Avenue, South
 Pascagoula, American
 Legion, 11 Street 1,
 11 Street 2, Country
 Club, and Bayou
 Cassotte 1, 2, 3, and
 4 41,636 -2.33% 18.54% 16.23%
49 HARRISON COUNTY: The
 Precincts of Biloxi
 1, 2, 3, 4, 5, 6, 7,
 7A, 8, D'Iberville,
 North Bay, Howard
 Creek, and Holly
 Hills 42,941 +0.72% 14.65% 12.39%
50 HARRISON COUNTY: The
 Precincts of Gulfport
 1, 2, 4, 5, 6, 7, 8,
 9, 11, 12, and 15, Biloxi 9,
 10, 11, East Handsboro,
 West Handsboro, East
 Mississippi City, and
 West Mississippi City 42,317 -0.74%

*704
 Percent Percent
Dist. Percent Black Black
No. Description Population Variance Pop. VAP 
51 HARRISON COUNTY:
 The Precincts of
 Ladner, Pineville,
 DeLisle, Outside
 Long Beach, Green
 Acres, West North
 Gulfport, East North
 Gulfport, East Orange
 Grove, North Bel-Aire,
 South Bel-Aire, West
 Long Beach, East Long
 Beach, West Pass Christian,
 East Pass Christian,
 and Gulfport 3, 10,
 13, 14 41,536 -2.57
52 THE COUNTIES OF
 HANCOCK and PEARL
 RIVER 45,189 5.99% 16.73% 14.56%
 THE MISSISSIPPI HOUSE OF REPRESENTATIVES
 Percent Percent
Dist. Percent Black Black
No. Description Population Variance Pop. VAP 
1 TISHOMINGO COUNTY:
 Except the Precincts
 of Belmont and Golden
 ALCORN COUNTY: The
 Precincts of Glen,
 Farmington, and East
 Corinth 17,515 -3.61% 4.64% 3.98%
2 ALCORN COUNTY: That
 portion not contained
 in Districts 1 and 3 17,273 -4.94% 15.27% 13.27%
3 ALCORN COUNTY; The
 Precincts of Rienzi,
 Biggersville, Bethel,
 Jacinto, and Union
 PRENTISS COUNTY:
 Beats 1, 2, and 5 17,534 -3.50% 11.34% 9.10%
4 TIPPAH COUNTY:
 BENTON COUNTY: The
 Precincts of Hopewell,
 Fairgrounds, Canaan,
 Michigan City, and
 Lamar 18,982 +4.46% 23.98% 19.07%

*705
 Percent Percent
Dist. Percent Black Black
No. Description Population Variance Pop. Vap 
 5 MARSHALL COUNTY: The
 Precincts of West
 Holly Springs No. 1,
 North Holly Springs
 No. 1, Red Banks,
 North Holly Springs
 No. 2, Early Grove,
 Hudsonville, Slayden,
 Mt. Pleasant, Byhalia,
 Victoria, Cayce,
 Barton, South Holly
 Springs No. 4, Warsaw,
 Watson, Wallhill,
 Marianna, and
 Chulahoma 18,535 +2.00% 67.31% 62.04%
 6 DESOTO COUNTY: The
 Precincts of Southaven
 West 2, Southaven West
 3, Southaven East,
 Horn Lake, Aldens,
 Plum Point, Mineral
 Wells, Olive Branch
 North, Olive Branch
 South, Miller, and
 Fairhaven 17,881 -1.59% 20.05% 16.77%
 7 DESOTO COUNTY: The
 Precincts of Walls,
 Lake Cormorant, Days,
 Eudora, Nesbit West,
 Oak Grove, Hernando
 West, Love, Hernando
 East, Nesbit East,
 Pleasant Hill,
 Lewisburg West,
 Lewisburg East,
 Alpha]ba, Cockrum,
 and Ingrams Mill 18,004 -0.91% 50.12% 43.76%
 8 TATE COUNTY: 18,544 +2.05% 47.23% 38.90%
 9 TUNICA COUNTY:
 PANOLA COUNTY: The
 Precincts of Crenshaw,
 Longtown, and Pleasant
 Grove, constituting
 all of Beat 2
 QUITMAN COUNTY: The
 Precincts of Sledge
 and Darling, constituting
 all of Beat 1 18,188 +0.09% 69.46% 62.68%
10 PANOLA COUNTY:
 Beats 1, 4, and 5 18,701 +2.91% 50.06% 43.52%

*706
 Percent Percent
Dist. Percent Black Black
No. Description Population Variance Pop. VAP 
11 PANOLA COUNTY: The
 Precincts of Courtland,
 East Crowder, South
 Curtis, East Pope,
 West Pope, and Tocawa,
 constituting all of
 Beat 3
 QUITMAN COUNTY:
 All Precincts in
 Beats 2, 3, 4, and 5 17,682 -2.69% 53.67% 45.90%
12 LAFAYETTE COUNTY: The
 Precincts of Oxford 4,
 Burgess, Taylor, Orwood,
 Shackleford, Higgenbotham,
 Airport Grocery, Oxford 5,
 Oxford 1, Oxford 3, and
 Oxford 2 18,673 +2.76% 24.09% 18.00%
13 BENTON COUNTY: The
 Precincts of Hickory
 Flat, Ashland, Harris
 Mill, Winborn, Floyd,
 and Shawnee
 MARSHALL COUNTY: The
 Precincts of South
 Holly Springs No. 5,
 Lake Estates, Waterford,
 Potts Camp, Bethlehem,
 Cornerville, and Laws
 Hill
 LAFAYETTE COUNTY: The
 Precincts of Free
 Springs, Cambridge,
 College Hill, Abbeville,
 Paris, Mullins, Springs
 Hill, Tula, Delay, North
 Tula, Pine Bluff, Denmark,
 Lafayette Springs,
 Philadelphia, and Yocona
 YALOBUSHA COUNTY: The
 Precincts of North East,
 South East, and North
 West 18,849 +3.73% 37.43% 30.81%
14 UNION COUNTY: Except
 the Precincts of Pinedale
 and West Union 17,843 -1.80% 16.49% 14.04%
15 PONTOTOC COUNTY:
 UNION COUNTY: The
 Precincts of Pinedale
 and West Union 18,616 +2.44% 16.64% 13.71%
16 LEE COUNTY: Beat 4;
 The Precincts of
 Bissell, Brewer,
 Shannon, Richmond,
 Plantersville,
 Tupelo 5, East
 Heights South,
 Petersburg, and
 Kedron 17,417 -4.14% 22.82% 20.02%

*707
 Percent Percent
Dist. Percent Black Black
No. Description Population Variance Pop. VAP 
17 LEE COUNTY: Beat 2;
 The Precincts of
 Belden, Eggville,
 Gilvo, Mooreville,
 Auburn, East Heights
 North, and Tupelo 3 18,134 -0.20% 13.50% 12.18%
18 PRENTISS COUNTY:
 Beats 3 and 4
 LEE COUNTY:
 Beat 1 17,421 -4.12% 20.85% 17.52%
19 ITAWAMBA COUNTY:
 TISHOMINGO COUNTY:
 The Precincts of
 Belmont and Golden 18,894 +3.97% 5.16% 4.88%
20 MONROE COUNTY:
 The Precincts lying
 East of the Tombigbee
 River less the Precinct
 of Becker 17,533 -3.51% 17.00% 14.00%
21 LEE COUNTY: The
 Precinct of Nettleton
 MONROE COUNTY:
 The Precincts lying
 West of the Tombigbee
 River plus the Precinct
 of Becker 17,569 -3.31% 43.00% 38.00%
22 CHICKASAW COUNTY:
 CALHOUN COUNTY: The
 Precincts of Wardwell,
 Bentley, Sabougla,
 Denton, Slate Springs,
 Pleasant Hill and
 Derma No. 4 18,896 +3.98% 35.29% 29.71%
23 YALOBUSHA COUNTY:
 Beats 1 and 5; The
 Precincts of Boat
 Landing, Pine Valley,
 West, and Leggo
 CALHOUN COUNTY:
 Beats 1, 2, and 3;
 The Precincts of
 West Vardaman, East
 Vardaman, Loyd, New
 Liberty, Calhoun City
 No. 4, and Derma No. 5 18,917 +4.10% 29.46% 23.38%

*708
 Percent Percent
Dist. Percent Black Black
No. Description Population Variance Pop. VAP 
24 GRENADA COUNTY: The
 Precincts of Holcomb,
 Oxberry, Pea Ridge,
 Hardy, Geeslin Corner,
 Precinct One, Precinct
 Four, Precinct Five,
 Precinct Six, Tie Plant,
 and Elliott
 YALOBUSHA COUNTY; The
 Precincts of Oakland,
 Tillatoba, and
 Scobey 18,307 +0.74% 46.12% 39.52%
25 MONTGOMERY COUNTY:
 ATTALA COUNTY:
 Beat 2,
 GRENADA COUNTY:
 The Precincts of
 Providence, Gore
 Springs, Mt. Nebo,
 Spears, Kirkman,
 and Futheyville 18,089 -0.45% 41.96% 35.50%
26 COAHOMA COUNTY:
 The Precincts of
 Clarksdale No. 3,
 Clarksdale No. 4,
 Lyon, Jonestown,
 Mattson, and
 Cagles Crossing 17,794 -2.07% 74.79% 68.98%
27 COAHOMA COUNTY:
 The Precincts of
 Friars Point, Lula,
 Clarksdale No. 1,
 Clarksdale No. 2,
 Clarksdale No. 5,
 and Coahoma 18,442 +1.49% 51.06% 46.02%
28 COAHOMA COUNTY:
 The Precincts of
 Roundaway, Farrell,
 Bobo, Sherard, and
 Rena Lara
 BOLIVAR COUNTY:
 The Precincts of
 Duncan-Alligator,
 Shelby, Mount
 Bayou, Merigold
 (that portion east
 of a line beginning
 at the southeast
 corner of Section
 1, Township 24 North,
 Range 6 West, south
 to southeast corner
 of Section 24, west along
 section line to southwest
 corner of Section 24,
 south on section line
 to southwest corner of
 Section 25), and North
 Cleveland 17,961 -1.15% 69.58% 62.16%

*709
 Percent Percent
Dist. Percent Black Black
No. Description Population Variance Pop. VAP 
 29 BOLIVAR COUNTY: The
 Precincts of West
 Cleveland, West
 Central Cleveland,
 East Central Cleveland,
 Boyle, Merigold (that
 portion west of a line
 beginning at the southeast
 corner of Section
 1, Township 24 North,
 Range 6 West, south
 to southeast corner
 of Section 24, west
 along section line
 to southwest corner
 of Section 24, south
 on section line to
 southwest corner of
 Section 25), and
 East Cleveland 18,061 -0.60% 49.39% 40.75%
 30 BOLIVAR COUNTY:
 The Precincts of
 Gunnison, Rosedale,
 Pace, Benoit, Longshot,
 Scott, Stringtown,
 Shaw and Skene
 SUNFLOWER COUNTY:
 Fairview Hale Precinct 18,017 -0.84% 69.15% 61.73%
 31 SUNFLOWER COUNTY:
 Beats 4 & 5; and
 the Precinct of
 Sunflower 17,952 -1.20% 62.12% 54.21%
 32 SUNFLOWER COUNTY:
 The Precincts of
 Indianola No. 1,
 Indianola No. 2,
 Indianola No. 3,
 Inverness, and
 Moorhead 18,676 +2.77% 63.47% 55.86%
 33 TALLAHATCHIE COUNTY:
 All Except Philipp
 precinct 18,102 -0.37% 59.75% 51.47%
 34 LEFLORE COUNTY:
 The precincts of
 North Greenwood,
 West Greenwood,
 Southwest Greenwood,
 Schlater, North Itta
 Bena, and South Itta
 Bena 17,919 -1.38% 37.47% 31.93%

*710
 Percent Percent
Dist. Percent Black Black
No. Description Population Variance Pop. VAP 
 35 LEFLORE COUNTY:
 The Precincts of
 Central Greenwood,
 East Greenwood,
 South Greenwood,
 Southeast Greenwood,
 Rising Sun,
 Sidon, Morgan City,
 and Swifttown 18,142 -0.15% 75.77% 71.72%
 36 CARROLL COUNTY:
 TALLAHATCHIE COUNTY:
 The Precinct of Phillip
 HOLMES COUNTY:
 The Precinct of West
 LEFLORE COUNTY:
 The Precincts of Minter
 City, Money, and
 Northeast Greenwood 17,923 -1.36% 58.95% 50.54%
 37 The Counties of
 CHOCTAW and WEBSTER 18,487 +1.73% 24.98% 19.94%
 38 CLAY COUNTY 18,840 +3.68% 49.39% 43.75%
 39 OKTIBBEHA COUNTY:
 The Precincts of Maben,
 Sturgis, Bradley, Double
 Springs, Self Creek, Adaton,
 Northwest Starkville,
 Southwest Starkville,
 North Longview, South Longview,
 Southeast Starkville,
 and that portion of Northeast
 Starkville bounded by
 a line described as follows:
 beginning at a point where
 the Northeast Starkville
 precinct line intersects
 the eastern boundary of
 ED 7, thence northerly
 along said boundary to its
 intersection with U. S. Highway
 82, thence easterly along
 said highway to its intersection
 with the eastern boundary
 of the Northeast Starkville
 precinct, thence northerly,
 westerly, southerly, and
 easterly along said precinct
 boundary to its intersection
 with the eastern boundary of
 ED 7, the point of beginning
 18,552 +2.09% 28.65% 23.47%

*711
 Percent Percent
Dist. Percent Black Black
No. Description Population Variance Pop. VAP 
 40 NOXUBEE COUNTY:
 LOWNDES COUNTY:
 The Precinct of
 Crawford
 OKTIBBEHA COUNTY:
 The Precincts of
 Sessums, Oktoc and
 Craig Springs 18,862 +3.80% 70.33% 63.68%
 41 LOWNDES COUNTY:
 The Precincts of
 Caledonia, Air
 Base, Rural Hill,
 Caldwell School,
 Sale School, Lee
 High School,
 Stokes Beard (that
 portion outside the
 city corporation
 limits) and Brandon
 School (that portion
 north of the Columbus
 and Greenville Railway). 17,983 -1.03% 10.19% 8.86%
 42 LOWNDES COUNTY:
 The Precincts of
 New Hope, Fairview
 School, Coleman
 Elementary School,
 Stokes Beard (that
 portion within the
 city corporation
 limits), Hunt School
 and Franklin School 18,765 +3.26% 45.22% 40.30%
 43 LOWNDES COUNTY: The
 Precincts of Carrier
 Lodge, Mitchell Memorial
 School, West Lowndes,
 Artesia, Mayhew, that portion
 of Brandon School
 south of the Columbus and
 Greenville Railway
 OKTIBBEHA COUNTY: The
 Precincts of Hickory Grove,
 Bell School House, Osborn,
 and Northeast Starkville,
 except for that portion
 bounded by a line described
 as follows: beginning at a
 point where the Northeast
 Starkville precinct line
 intersects the eastern boundary
 of ED 7, thence northerly
 along said boundary to its

*712
 Percent Percent
Dist. Percent Black Black
No. Description Population Variance Pop. VAP 
 intersection with U. S. Highway
 82, thence easterly along said
 highway to its intersection
 with the eastern boundary of
 the Northeast Starkville precinct,
 thence northerly, westerly,
 southerly and easterly
 along said precinct boundary to
 its intersection with the eastern
 boundary of ED 7, the point of
 beginning 18,578 +2.23% 36.25% 27.34%
 44 KEMPER COUNTY:
 LAUDERDALE COUNTY:
 The Precincts of Meehan,
 Sageville, South
 Nelliesburg, Valley,
 Obadiah, Shucktown,
 Pine Springs, Nelliesburg,
 School Gap, Post,
 Collinsville, Suqualena,
 Schamberville, Martin,
 Center Hill, West Lauderdale,
 Daleville, Lizelia,
 Andrews Chapel, Bailey,
 Prospect, and Covington. 18,849 +3.73% 39.33% 32.98%
 45 WINSTON COUNTY 18,406 +1.29% 39.10% 33.23%
 46 NESHOBA COUNTY:
 Except the Precincts
 of New Woodland,
 Zephyr Hill and
 New Coldwater. 19,034 +4.74% 20.73% 16.90%
 47 NESHOBA COUNTY:
 The Precincts of
 New Woodland, Zephyr
 Hill and New Coldwater
 LEAKE COUNTY 18,853 +3.75% 33.11% 28.65%
 48 ATTALA COUNTY:
 Beats 1, 3, 4, and
 5 18,002 -0.93% 41.36% 35.12%
 49 HOLMES COUNTY:
 The Precincts of
 Cruger, Thornton,
 Lexington 4, Lexington
 1, Durant, Goodman,
 Pickens, Ebenezer,
 and Coxburg 18,510 +1.86% 66.87% 59.49%

*713
 Percent Percent
Dist. Percent Black Black
No. Description Population Variance Pop. VAP 
 50 HUMPHREYS COUNTY:
 HOLMES COUNTY: The
 Precinct of Tchula 17,971 -1.10% 66.90% 60.23%
 51 WASHINGTON COUNTY:
 The Precincts of
 1-1, 2-2, and 5-5 17,617 -3.04% 73.36% 68.35%
 52 WASHINGTON COUNTY:
 The Precincts of 3-4,
 4-1, 5-4, and that
 portion of 3-3 bounded
 by a line described as
 follows: Beginning at
 the intersection of Hinds
 Street and Magnolia Street,
 thence southerly along Hinds
 Street to West Union Street,
 to North Poplar Street, to
 Alexander Street East, to
 Shelby Street North, to
 Main Street, thence along
 Main Street and Main Street
 extended to its intersection
 with the western boundary
 of precinct 3-3, thence
 northerly and easterly along
 said boundary to the point
 of beginning. 17,810 -1.98% 37.55% 33.38%
 53 WASHINGTON COUNTY: The
 Precincts of 5-1, 5-2, 5-3,
 2-4, 4-2, 4-3, and that portion
 of 2-1 not contained in
 District 54.
 19,055 +4.86% 62.20% 55.63%
 54 WASHINGTON COUNTY:
 The Precincts of 1-2,
 3-1, 3-2, 1-4, 2-3,
 that portion of 2-1
 described as follows:
 beginning at the intersection
 of State Highway
 1 with Reed Road, thence
 southerly along State
 Highway 1 to its intersection
 with Barbara
 Street, thence generally
 westward along Barbara
 Street and Barbara Street
 extended for about 2075
 feet, thence generally
 southerly along a line
 parallel to Irby Street

*714
 Percent Percent
Dist. Percent Black Black
No. Description Population Variance Pop. VAP 
 extended for about 900
 feet to the extension
 of Pauline Street, and
 thence generally westward
 along Pauline Street extended
 for about 1200 feet
 to Canal Street which is
 the westerly boundary of
 precinct 2-1, thence northerly
 and then easterly
 along the boundary of
 said precinct to the point
 of beginning; and 1-3 and
 that portion of 3-3 not
 contained in District 52
 SHARKEY COUNTY: Beat 5
 17,901 -1.48% 46.89% 40.14%
 55 ISSAQUENA COUNTY:
 SHARKEY COUNTY:
 Precincts in Beats
 1, 2, 3, & 4
 WARREN COUNTY: The
 Precincts of Oak
 Ridge, Redwood, Cedar
 Grove, Kings, and
 Culkin 17,978 -1.06% 50.56% 44.64%
 56 WARREN COUNTY: The
 Precincts of American
 Legion, Central Fire
 Station, St. Aloysius,
 Auditorium, Walters &
 Brunswick 18,745 +3.15% 60.99% 56.22%
 57 WARREN COUNTY: The
 Precincts of No. 7
 Fire Station, Jett,
 Jonestown, Yokena,
 Redbone, Goodrum,
 Tingle, Bovina,
 and Beechwood 18,130 -0.22% 21.57% 20.17%
 58 YAZOO COUNTY: The
 Precincts of Valley,
 Benton, Free Run,
 West Midway, Lake
 City, South City
 Hall, Robinette,
 Center Ridge, North
 City Hall, West Courthouse,
 East Courthouse,
 East Lintonia, West
 Lintonia, Carter, Eden
 and Zion. 19,011 +4.62% 49.40% 44.95%

*715
 Percent Percent
Dist. Percent Black Black
No. Description Population Variance Pop. VAP 
 59 MADISON COUNTY:
 Beats 4 and 5; The
 Precincts of Canton
 1, Canton 2, Canton
 3, Canton 4, Canton
 5, and that portion
 of Canton 6 east of
 Highway I-55 18,977 +4.43% 66.67% 59.93%
 60 MADISON COUNTY:
 Beat 3; The Precincts
 of Canton 6 (that portion
 west of Highway
 I-55), Smith School,
 and Flora
 YAZOO COUNTY: The
 Precincts of Dover,
 East Bentonia, West
 Bentonia, Fugates,
 Deasonville, Harttown,
 East Midway, Mechanicsburg,
 Phoenix, Sartartia,
 Enola, Fairview and Holly
 Bluff 19,053 +4.85% 58.16% 52.57%
 61 RANKIN COUNTY: The
 Precincts of North
 Pelahatchie, Leesburg,
 Pisgah, Fannin, Oakdale,
 Holbrook, Skyway Hills,
 North McLaurin, Patton
 Place, Flowood, West
 Pearson, Henry Grady,
 Castlewoods, Reservoir,
 South McLaurin, South
 Pelahatchie, Shiloh,
 Crossroads, North Pearson
 and Crossgates 17,460 -3.91 22.20% 20.00%
 62 RANKIN COUNTY:
 The Precincts of
 Antioch, Mayton,
 Puckett, County
 Line, Cato, Johns,
 Dobson, Dry Creek,
 West Brandon, East
 Brandon, North Brandon,
 Whitfield, Spring
 Hill, Shoto, West
 Pearl, Pearl, Cunningham
 Heights & South
 Pearson 17,368 -4.42 37.00% 34.00%

*716
 Percent Percent
Dist. Percent Black Black
No. Description Population Variance Pop. VAP 
 63 COPIAH COUNTY: The
 Precincts of Crystal
 Springs East, Carpenter,
 and Crystal Springs
 West;
 RANKIN COUNTY: The
 Precincts of Star,
 Monterey, East Steens
 Creek, North Plain,
 South Plain, Cleary,
 West Steens Creek,
 Clear Branch, and Mt.
 Creek
 SIMPSON COUNTY: The
 Precincts of Pearl,
 Fork Church, & Harrisville. 17,447 -3.98% 33.20% 28.73%
 HOUSE DISTRICTS
 CASE # 3830 (A)
 Percent Percent
Dist. Percent Black Black
No. Description Population Variance Pop. VAP 
 64 HINDS COUNTY:
 Precincts 41, 44,
 45, 78, 79, 80, 81,
 82, 83, and Cynthia 17,807 -2.00% 9.05% 7.73%
 65 HINDS COUNTY:
 Precincts 13, 35, 36,
 37, 38, 39, 40, 42,
 43, and that portion
 of precinct 17 not in
 District 66, and that
 part of Precinct 16
 north of Ridgeway
 Street 17,473 -3.84% 15.24% 12.51%
 66 HINDS COUNTY:
 Precincts 5, 6, 8, 9, 14,
 15, 16, less and except
 that part of 16 north of
 Ridgeway Street, that
 portion of precinct 17
 described as follows:
 beginning at the intersection
 of State Street
 and Ridgeway Street,
 proceeding north on
 State Street to Council
 Circle, thence east and
 south along Council Circle
 to Mohawk Avenue, proceeding
 east on Mohawk to Sherwood
 Drive, thence generally
 southeasterly along Sherwood
 Drive to Hawthorne Drive,

*717
 Percent Percent
Dist Percent Black Black
 No. Description Population Variance Pop. VAP 
 thence south on Hawthorne
 Drive to the boundary of
 precinct 17, thence generally
 westerly along the southern
 boundary of the precinct to
 the point of beginning, precincts
 32, 33, and 34 17,663 -2.79% 3.68% 2.72%
67 HINDS COUNTY: Precincts
 21, 22, 23, 27 percinct
 28 north of Ridgeway,
 precincts 29, 30, and 61
 and that part of 83 west
 of the Illinois Central
 Gulf Railroad and east
 of the Western boundary
 of old precinct 27 17,521 -3.57% 78.09% 71.87%
68 HINDS COUNTY: Precincts
 11, 12, 20, that portion
 of precinct 28 south of
 Ridgeway, precincts 31,
 55, and 56 17,270 -4.95% 80.89% 74.53%
69 HINDS COUNTY: Precincts
 51, 53, 54, 57, 58, 63,
 64, less and except that
 part of 64 south of
 Highway 80, that portion
 of precinct 52 west of
 Prentiss, and precinct 66 17,997 -0.95% 74.36% 69.70%
70 HINDS COUNTY: Precincts 1,
 2, 4, 10, 18, 19, 50, and
 that portion of precinct 52
 east of Prentiss 18,761 +3.24% 75.30% 68.78%
71 HINDS COUNTY: Precincts
 47, 71, 72, 73, 75, 76,
 77 and that part of 97 North
 of McDowell Road and that
 part of 64 south of Raymond
 Road 18,280 +0.59% 9.22% 7.98%
72 HINDS COUNTY: Precincts
 24, 25, 26, 59, 60, 62,
 67, 68, 69, 70 and that
 part of 64 between Raymond
 Road and U.S. Highway 80 17,996 -0.96% 5.83% 4.93%
73 HINDS COUNTY: The Precincts
 of Pocahontas, Tinnin,
 Brownsville, Bolton, Edwards,
 Raymond No. 1, Raymond No. 2,
 Learned, Cayuga, Utica No. 1,
 Utica No. 2, Chapel Hill 18,406 +1.29% 66.79% 59.02%
74 HINDS COUNTY: The Precincts
 of Pinehaven, Clinton Nos. 1,
 2, 3, and 4, and Jackson
 Precincts 85, 86, 87, and 88 17,708 -2.54% 32.17% 26.19%

*718
 Percent Percent
Dist Percent Black Black
 No. Description Population Variance Pop. VAP 
75 HINDS COUNTY: The Precincts
 of Springridge, Byram, Dry
 Grove, Terry, Old Byram, and
 Jackson Precincts 89 through
 97, and 74 18,091 -0.44% 17.93% 15.25%
76 SCOTT COUNTY: Except
 the Precincts of High
 Hill, Lake, Usry, Salem,
 Langs Mill, and Northeast
 Forest 17,412 -4.17% 34.01% 30.14%
77 COPIAH COUNTY: Except
 the Precincts of Crystal
 Springs East, Crystal
 Springs West, and
 Carpenter 18,588 +2.29% 50.96% 44.18%
78 SIMPSON COUNTY: Except
 the Precincts of Pearl,
 Fork Church and Harrisville 17,766 -2.22% 30.83% 26.34%
79 NEWTON COUNTY: Except
 the Precincts of Hazel
 and Lawrence 17,533 -3.51% 26.72% 22.68%
80 SMITH COUNTY:
 SCOTT COUNTY: The
 Precincts of High Hill,
 Lake, Usry, Salem, Langs
 Mill, and Northeast
 Forest 17,518 -3.59% 22.94% 18.42%
81 JASPER COUNTY:
 NEWTON COUNTY: The
 Precincts of Hazel and
 Lawrence 17,444 -4.00% 45.38% 38.92%
82 JONES COUNTY: The
 Precincts of Stone Deavours
 School, City Barn,
 Sandy Gavin School, Oak
 Park School, Ovett, Crotts,
 Tuckers, Glade, Northeast
 School, Myrick, Erata,
 Sandersville School, and
 Courthouse 18,005 -0.91% 33.53% 29.47%

*719
 Percent Percent
Dist Percent Black Black
 No. Description Population Variance Pop. VAP 
83 LAUDERDALE COUNTY:
 The Precincts of
 Meridian 1A, 1B,
 2B, 5E, South Gap,
 East Gap, Russell,
 Kewanee, Toomsuba,
 Dalewood, East Lauderdale,
 Lockhart, East
 Marion, Lauderdale,
 Ponta, Alamucha, Vimville,
 Marion, Odom,
 Bonita, Chapman, Long
 Creek, South Marion,
 and that area outside
 the city of Meridian
 South of the South
 Marion precinct and
 west of Highway 45 18,496 +1.78% 20.75% 16.85%
84 LAUDERDALE COUNTY:
 The Precincts of
 Meridian 2C, 4C, 4D,
 5A, and 5B 18,485 +1.72% 58.45% 51.41%
85 LAUDERDALE COUNTY:
 The Precincts of
 Meridian 1C, 2A, 3A,
 3B, 3C, 4A, 4B, and
 5C 18,596 +2.33% 18.54% 16.50%
86 CLARKE COUNTY:
 LAUDERDALE COUNTY:
 The Precincts of Whynot,
 Causeyville, Center
 Grove, Zero, Pickard,
 Carmichael, Clarksdale,
 Jones Store, and Wanita
 17,943 -1.25% 34.15% 29.49%
87 CLAIBORNE COUNTY:
 JEFFERSON COUNTY: Beats
 2, 3, 4, and 5 18,442 +1.49% 75.77% 71.55%
88 JONES COUNTY: The
 Precincts of Mason
 School, 26th Street
 Fire Station, Anthony's
 Florist, Nora Davis,
 Harper Transfer, Sharon,
 Shady Grove, Matthews,
 West Jones School,
 Calhoun, Gitano, Soso,
 Bruce, Centerville,
 Hebron, Pleasant Ridge,
 and Blackwell. 18,433 +1.44% 29.85% 25.69%

*720
 Percent Percent
Dist Percent Black Black
 No. Description Population Variance Pop. VAP 
89 WAYNE COUNTY:
 JONES COUNTY: The
 Precincts of Rustin
 and Sandersville 18,530 +1.97% 31.83% 27.44%
90 JONES COUNTY: The
 Precincts of Lamar
 School, Prentiss
 School, Maddox School,
 Fairgrounds, Pendorf,
 Sandhill, Rainey, Pine
 Grove, County Barn,
 Union, Moselle, Shelton,
 Ellisville No. 1, and
 Ellisville No. 2 18,039 -0.72% 10.19% 9.34%
91 COVINGTON COUNTY:
 JEFFERSON DAVIS COUNTY:
 Beats 2 and 3, and Clem
 precinct 19,078 +4.99% 36.91% 31.46%
92 LAWRENCE COUNTY:
 JEFFERSON DAVIS COUNTY:
 Beats 1, 4 (less Clem
 precinct), and 5. 18,997 +4.54% 40.00% 35.43%
93 LINCOLN COUNTY:
 Beat 2; The Precincts
 of Fair River, Brookhaven
 High School,
 Courthouse, Ole Brook,
 Southeast Brookhaven,
 Halbert Heights, City
 Hall, Zetus, Loyd Star,
 and Northwest Brookhaven 18,748 +3.17% 33.93% 29.24%
94 LINCOLN COUNTY: The
 Precincts of Johnson,
 Arlington, Johnson
 Grove, Ruth, Norfield,
 Bogue Chitto, Enterprise,
 East Lincoln, and McClendon
 PIKE COUNTY: The Precincts
 of 4/18, 4/17,
 3/16, 3/13, 3/12, 3/11,
 4/19, 5/27, 5/26, 1/1,
 1/2, and 1/3 18,219 +0.26% 39.84% 33.93%

*721
 Percent Percent
Dist Percent Black Black
 No. Description Population Variance Pop. VAP 
95 ADAMS COUNTY: The
 Precincts in Beat 4,
 and Carpenter No. 1
 in Beat 2; Concord
 and Somerset in Beat
 3; and Anchorage in
 Beat 5 17,482 -3.79% 69.40% 66.45%
96 ADAMS COUNTY: The
 Precincts of Courthouse,
 By-Pass Fire Station,
 and Bellemont in Beat 1;
 Duncan Park, Beau Pre
 and Kingston in Beat 2;
 Palestine and Liberty
 Park in Beat 3; Morgantown,
 Oakland, and Washington
 in Beat 5. 18,332 +0.88% 25.79% 22.59%
97 FRANKLIN COUNTY:
 JEFFERSON COUNTY: Beat 1
 LINCOLN COUNTY: The Precincts
 of Vaughn, Caseyville,
 Old Red Star, and West
 Lincoln
 AMITE COUNTY: Beat 3, and
 the Precincts of New Zion,
 Zion Hill, South Gloster,
 Smithdale, Liberty, and
 Tangipahoa 18,751 +3.19% 41.67% 34.99%
98 WILKINSON COUNTY:
 AMITE COUNTY: The
 Precincts of East
 Liberty, South Liberty,
 Graves, Walls,
 Riceville, Tickfaw,
 Ariel, Berwick, East
 Centreville, Street,
 and East Fork
 ADAMS COUNTY: Cloverdale
 Precinct 18,742 +3.14% 63.49% 57.66%
99 PIKE COUNTY: The
 Precincts of 2/8,
 5/25, 2/9, 2/7, 4/20,
 3/14, 4/21, 3/15, 1/5,
 5/22, 1/4, 5/23, 2/6,
 2/10, and 5/24 18,785 +3.37% 40.56% 34.98%

*722
 Percent Percent
Dist Percent Black Black
 No. Description Population Variance Pop. VAP 
100 WALTHALL COUNTY:
 MARION COUNTY: The
 Precincts of Sandy
 Hook, Union, Hub, Pine
 Burr, Balls Mill, Pittman,
 and Kokomo 17,583 -3.24% 40.28% 34.25%
101 MARION COUNTY: Beats
 1, 2, and 3, and the
 Precincts of East
 Columbia, South Columbia,
 and Courthouse 17,788 -2.10% 28.71% 24.66%
102 LAMAR COUNTY:
 FORREST COUNTY: The
 Precincts of Brooklyn,
 Carnes, Maxie, and
 Rawls Springs 17,448 -3.97% 12.20% 10.58%
103 FORREST COUNTY: The
 Precincts of Woodley
 School, Blair High
 School, Grace Christian
 School, Hawkins Junior
 High (west of Main
 Street), Pinecrest,
 Westside, and Thames
 School 18,853 +3.75% 1.54% 1.48%
104 FORREST COUNTY: The
 Precincts of Hawkins
 Junior High School
 (that portion east of
 Main Street), Jones
 School, East Bowie,
 Walthall School, Eaton
 School, Rowan High School,
 Lillie Burney School,
 William Carey, Dixie Pine,
 and Camp School
 18,623 +2.48% 58.53% 52.28%

*723
 Percent Percent
Dist. Percent Black Black
No. Description Population Variance Pop. VAP 
105 FORREST COUNTY: The
 Precincts of Eatonville,
 Glendale, Petal-Leeville,
 Macedonia, Petal High
 School, Petal-Harvey
 School, Sunrise, McCallum,
 McLaurin, Forrest County
 Agricultural High School,
 Dixie, Central School, and
 Davis School
 18,134 -0.20% 15.66% 14.07%
106 GREENE COUNTY:
 PERRY COUNTY: 17,610 -3.08% 24.21% 21.19%
107 STONE COUNTY: The
 Precincts of Elarbee,
 Thomas Price, Red Creek,
 South Central Wiggins,
 Perkinston, and McHenry;
 HARRISON COUNTY: The Precincts
 of Ladner, Lizana,
 Vidalia, West Lyman, Riceville,
 Advance, and West
 Saucier;
 PEARL RIVER COUNTY: The
 Precincts of Hillsdale, Byrd
 Line, Hickory Grove, Caesar,
 Salem, Henleyfield, Gum Pond,
 Wolf River, Poplarville East,
 Oak Hill, White Sand, Buck
 Branch, Poplarville West,
 Progress, Silver Run, Savannah,
 Derby, Ford's Creek, McNeill,
 and Steep Hollow
 17,596 -3.16% 14.32% 12.32%
108 GEORGE COUNTY:
 STONE COUNTY: The
 Precincts of Bond,
 Central Wiggins, East
 Central Wiggins, Tuxechena,
 Flint Creek,
 Wisdom, and Pleasant
 Hill 17,363 -4.44% 13.23% 10.92%

*724
 Percent Percent
Dist. Percent Black Black
No. Description Population Variance Pop. VAP 
109 PEARL RIVER COUNTY:
 The Precincts of Mill
 Creek, Pine Grove,
 Picayune 4, Nicholson,
 Picayune 5, Carriere,
 Picayune 3, Picayune 2,
 Picayune 1, and Ozona 17,362 -4.45% 22.01% 19.76%
110 JACKSON COUNTY: The
 Precincts of Wade, Hurley,
 Big Point, Orange Grove,
 Helena, East Escatawpa,
 West Escatawpa, Bayou
 Casotte No. 4, Bayou
 Casotte No. 3, and
 Jefferson Street 18,424 +1.39% 7.69% 6.63%
111 JACKSON COUNTY: The
 Precincts of Griffin
 Heights, Eastside,
 Moss Point No. 1,
 Moss Point No. 2,
 Moss Point No. 3,
 Moss Point No. 4,
 Elder Street, and
 Kreole. 18,254 +0.45% 41.81% 36.76%
112 JACKSON COUNTY: The
 Precincts of Bayou
 Casotte No. 1, Bayou
 Casotte No. 2, Pinecrest,
 Country Club,
 Jackson Avenue, Eastlawn,
 Central, North
 Pascagoula, Ingalls
 Avenue, American Legion,
 South Pascagoula, 11th
 Street No. 1, and 11th
 Street No. 2 17,772 -2.19% 14.26% 13.03%

*725
 Percent Percent
Dist. Percent Black Black
No. Description Population Variance Pop. VAP 
113 JACKSON COUNTY: The
 Precincts of North Gautier,
 Courthouse, Fire
 Station, Lake School,
 Carterville, Larue,
 North Vancleave, South
 Vancleave, Latimer,
 St. Martin, and South
 Gautier;
 HARRISON COUNTY: The
 Precinct of D'Iberville
 18,530 +1.97% 9.13% 7.94%
114 JACKSON COUNTY: The
 Precincts of South
 Fountainbleau, Ocean
 Springs No. 1, Ocean
 Springs No. 2, Ocean
 Springs No. 3, Ocean
 Springs No. 4, Ocean
 Springs East, Gulf
 Hills, Satellite, and
 North Fountainbleau 17,422 -4.12% 5.63% 5.07%
115 HARRISON COUNTY: The
 Precincts of Biloxi 1,
 Biloxi 2, Biloxi 3,
 Biloxi 4, Biloxi 5,
 Biloxi 6, and Biloxi 7
 18,735 +3.10% 28.92% 24.42%
116 HARRISON COUNTY:
 The Precincts of
 North Bay, Holly Hills,
 Biloxi 7A, and that portion
 of Biloxi 8 not located
 in District 117. 18,291 +0.66% 4.42% 4.97%
117 HARRISON COUNTY:
 The Precincts of Biloxi
 9, Biloxi 10, Biloxi 11,
 and that portion of
 East Handsboro (south
 of Pass Christian Road),
 and that portion of
 Biloxi 8 west of Keesler
 Air Force Base and west
 of St. Charles Avenue. 18,646 +2.61% 3.40% 3.55%

*726
 Percent Percent
Dist. Percent Black Black
No. Description Population Variance Pop. VAP 
118 HARRISON COUNTY:
 The Precincts of West
 Handsboro, East Mississippi
 City, West Mississippi
 City, Gulfport 6, Gulfport
 7, Gulfport 11, Gulfport
 12, Gulfport 15, and
 part of East Handsboro
 (north of Pass Christian
 Road). 18,499 +1.80% 9.83% 8.32%
119 HARRISON COUNTY:
 The Precincts of
 West North Gulfport,
 East North Gulfport,
 Gulfport 3, Gulfport
 4, Gulfport 5, Gulfport
 8, Gulfport 9,
 and Gulfport 13 18,224 +0.29% 47.57% 39.65%
120 HARRISON COUNTY:
 The Precincts of
 Gulfport 1, Gulfport
 2, Gulfport 10, Gulfport
 14, East Long
 Beach, West Long Beach,
 East Pass Christian,
 and West Pass Christian
 18,091 -0.44% 20.43% 17.83%
121 HARRISON COUNTY:
 The Precincts of
 White Plains, Howard
 Creek, Stonewall,
 Peace, Poplar Head,
 East Lyman, East
 Saucier, New Hope,
 Outside Long Beach,
 Green Acres, West
 Orange Grove, Pineville,
 DeLisle, East
 Orange, South Bel-Aire
 and North Bel-Aire. 17,710 -2.53% 8.23% 7.10%
122 HANCOCK COUNTY 17,387 -4.31% 14.18% 12.34%

*727 IT IS ORDERED, ADJUDGED, and DECREED that the within and foregoing is the final judgment of this Court as to the geographical descriptions of the various legislative districts therein described.
IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the Court retains jurisdiction of this case for the limited purpose of appropriately disposing of such ancillary matters, not going to the merits of the case, as costs, attorneys fees, appropriate action as to those precincts which have been divided by this Order, and the like.
Our purpose is to enter a final judgment on the merits in this legislation in order that any party wishing to do so may promptly appeal to the Supreme Court of the United States as per its most recent Order in this case.
It being made known to the Court that the Counties of DeSoto, Panola and Yazoo have recently been redistricted in compliance with the one man one vote rule, the Court retains jurisdiction for the purpose of making any necessary amendment to this Judgment within ten (10) days in order that reapportionment plans will coincide within the electoral situation in said counties.
In order that the corrections herein appearing may be accomplished, our previous Judgment of April 11, 1979, filed herein is hereby withdrawn and set aside.
The Attorney General of Mississippi, one of the defendants in this case, will provide three (3) copies of this Judgment to all Circuit Clerks in the State of Mississippi, and one copy to each of the members of the Legislature.